**MICROSOFT CORPORATION, Plaintiff–Appellee,**

v.

**DATATERN, INC., Defendant– Appellant.**

**SAP AG, and SAP America, Inc., Plaintiffs–Appellees,**

v.

**Datatern, Inc., Defendant–Appellant.**

**Nos. 2013–1184, 2013–1185.**

United States Court of Appeals, Federal Circuit.

May 5, 2014.

Edward R. Reines, Evan N. Budaj, Andrew Louis Perito, Weil, Gotshal & Manges LLP, Redwood Shores, CA, Daniel J. Goettle, Esq., Dale M. Heist, Baker & Hostetler LLP, Philadelphia, PA, Danielle Lauren Rose, Kobre & Kim LLP, New York, NY, for Plaintiff–Appellee.

Lee Carl Bromberg, Esq., Erik Paul Belt, Esq., McCarter & English, LLP, Boston, MA, for Defendant–Appellant.

Before PROST and MOORE, Circuit Judges.[1]

**SUA SPONTE**

MOORE, Circuit Judge.

**ORDER**

The original panel opinion decided on April 4, 2014 in the above-identified appeals is hereby vacated. A new decision is forthcoming and the time for rehearing petitions will begin anew. No additional briefing or argument is necessary at this time.